UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

VIOLA M. JOHNSON,
　　　　　*Plaintiff-Appellant,*

v.

QUIN RIVERS AGENCY FOR
COMMUNITY ACTION, INCORPORATED;
MICHELLE N. GREENIDGE-MOORE,
Head Start Director, Quin Rivers
Agency for Community Action,
Incorporated; MARY V. WARE,
Executive Director of Quin Rivers
Agency for Community Action,
Incorporated,
　　　　　*Defendants-Appellees,*

and

No. 01-1784

QUIN RIVERS EXECUTIVE BOARD OF
DIRECTORS; QUIN RIVERS AGENCY FOR
COMMUNITY ACTION, INCORPORATED
HEAD START POLICY COUNCIL; QUIN
RIVERS HEAD START PROGRAM;
COMMONWEALTH OF VIRGINIA HEAD
START PROGRAMS HEALTH AND
HUMAN SERVICES; UNITED STATES
OFFICE OF HUMAN DEVELOPMENT
SERVICES, DEPARTMENT OF
HEALTH AND HUMAN SERVICES, HEAD
START PROGRAMS, HEAD START
BRANCH CHIEF,
　　　　　*Defendants.*

Appeal from the United States District Court
for the Eastern District of Virginia, at Richmond.
Richard L. Williams, Senior District Judge.
(CA-00-330-3)

Submitted: March 29, 2002

Decided: April 24, 2002

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**COUNSEL**

Bernice Stafford-Turner, Richmond, Virginia, for Appellant. Charles G. Meyer, III, LECLAIR RYAN, P.C., Richmond, Virginia; Laura Graham Fox, LAURA G. FOX, P.L.L.C., Warrenton, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**OPINION**

PER CURIAM:

Viola M. Johnson appeals the district court's order granting summary judgment in favor of Appellees on her employment discrimination claims raised under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 2001). Johnson also seeks review of the district court's orders denying numerous discovery requests. We have reviewed the parties' briefs, the joint appendix, the supplemental joint appendix, and the district court's orders and find no error. Accordingly, we affirm.

We review the district court's orders concerning discovery management for abuse of discretion. *Wells v. Liddy*, 186 F.3d 505, 518

n.12 (4th Cir. 1999). We conclude the district court did not abuse its discretion when it denied Johnson's numerous discovery requests.

On the merits, the district court properly found that Johnson failed to establish a hostile work environment claim. *See Causey v. Balog*, 162 F.3d 795, 801 (4th Cir. 1998). Furthermore, Johnson's discriminatory discharge and retaliation claims fail because she has failed to show the legitimate, non-discriminatory reasons Appellees offered for terminating her were a pretext for discrimination. *See Reeves v. Sanderson Plumbing Prods., Inc.*, 530 U.S. 133, 137-39 (2000). Accordingly, we affirm the judgment on the reasoning of the district court. *Johnson v. Quin Rivers Agency for Community Action, Inc.*, No. CA-00-330-3 (E.D. Va. May 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*